RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JASON MUSSYNSKI,                                   Case No.: C07-05096-HRL

        Plaintiff,                          **NOTICE OF VOLUNTARY DISMISSAL**

    vs.

THOMAS K. BAMFORD,


        Defendant.


      The parties have reached a settlement, therefore Plaintiff dismisses this action with

prejudice pursuant to FRCP 41.


/s/Ronald Wilcox                           12/3/07
Ronald Wilcox, Counsel for plaintiffs      Date